# UNITED STATES DISTRICT COURT

## for the

### Western District of New York

| | |
|---|---|
| MELISSA CURTIS | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   6:20-CV-6116-EAW |
| GATES COMMUNITY CHAPEL OF | ) |
| ROCHESTER, INC., doing business as | ) |
| Freedom Village USA, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   the action is dismissed without prejudice. _____
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge          Elizabeth A. Wolford          on a motion for   N/A
_____ .

Date:      Mar 31, 2020                          *CLERK OF COURT*

                                        s/Mary C. Loewenguth
                                        _____
                                        *Signature of Clerk or Deputy Clerk*